FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

PROB 12B
(7/93)

# United States District Court

OCT 09 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Sedrick Lamar Dickerson | Case Number: 2:06CR00035-JLQ-002 |
| Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge | |
| Date of Original Sentence: September 7, 2006 | Type of Supervision: Supervised Release |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | Date Supervision Commenced: March 13, 2013 |
| Original Sentence: Prison - 94 months<br>TSR - 36 months | Date Supervision Expires: March 12, 2016 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19  You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

## CAUSE

Sedrick Dickerson violated the conditions of his supervised release in Spokane, Washington, on or about October 5, 2013, by being arrested for driving under the influence (DUI). A DUI charge is a gross misdemeanor with a maximum term of confinement of 1 year, as outlined in R.C.W. 46.61.502. Additionally, the offender violated the conditions of his supervised release by consuming alcohol, which is contrary to special condition number 17. That condition prohibits him from consuming alcohol to excess, or be under the influence while under supervision.

Spokane Police Department records reflect the offender was contacted, and detained, at approximately 0235 hours on October 5, 2013, and cited for DUI. According to the arresting officer, Sedrick Dickerson submitted two valid breath samples which resulted in readings of .080 and .078. The offender made his first appearance, relative to this charge, in Spokane County District Court on Monday, October 7, 2013, and is now scheduled for a pretrial hearing on November 13, 2013.

On Saturday, October 5, 2013, Sedrick Dickerson contacted the undersigned officer by telephone to advise of law enforcement contact, which occurred on the above-mentioned date. On October 7, 2013, the offender was summoned to the U.S. Probation Office to discuss the above-mentioned arrest for DUI.

Prob 12B
**Re: Dickerson, Sedrick Lamar**
**October 9, 2013**
**Page 2**

Although Mr. Dickerson admits to consuming alcohol earlier in the evening, he appeared remorseful given his lack of judgment surrounding this incident. Mr. Dickerson shared that he and his wife are experiencing relationship problems that involve financial issues. The offender expressed an interest in participating in mental health treatment. In an attempt to provide Federal funding, if necessary, it is requested that the Court modify the conditions of supervision to include the noted condition. It is Mr. Dickerson's intent to follow all Court ordered treatment and/or intervention programs. In fact, he is awaiting direction from the undersigned officer to commence mental health counseling, to include marriage counseling, if the Court is inclined to modify the existing conditions of his supervision.

On October 7, 2013, Sedrick Dickerson signed a waiver of hearing form agreeing to adhere to the added condition of supervision as outlined on the probation 49 form. He also signed an admission of use form, indicating alcohol use on the noted date.

It is respectfully recommended that the Court adopt the attached waiver of hearing to modify the conditions of supervision as outlined above. As Sedrick Dickerson's DUI charge remains pending, no additional action by the Court is requested at this time.

Respectfully submitted,

by     s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer
Date: October 9, 2013

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

10/9/2013
Date